# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>          Plaintiff,<br><br>     v.<br><br>D. RUIZ, et al,<br><br>          Defendants.<br>_____ / | CASE NO. 1:08-cv-00338-LJO-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN FORTY-FIVE DAYS OR DISMISSAL WILL OCCUR |

Plaintiff Raymond Alford Bradford ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 10, 2008, plaintiff filed this action.  In his complaint, plaintiff asserts that he is without funds and unable to pay the filing fee.  Plaintiff has also filed with the Court a copy of his Inmate Trust Account Statement.

28 U.S.C. § 1915 governs proceedings in forma pauperis.  Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

On March 12, 2008, this Court ordered the plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within 45 days.   However, a review of the actions filed by plaintiff reveals that plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in

forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

The Court has reviewed plaintiff's complaint and finds that plaintiff does not meet the imminent danger exception. <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007). Because plaintiff has alleged no facts that support a finding that he is under imminent danger of serious physical injury, plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff shall pay the $350.00 filing fee in full within **forty-five (45) days** from the date of service of this order; and

2. If plaintiff fails to pay the $350.00 filing fee in full within forty-five days, this action shall be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   March 25, 2008**            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 2:98-cv-00180-FCD-JFM PC <u>Bradford v. White</u> (E.D. Cal.) (dismissed 06/03/1999 as time barred); 2:02-cv-01859-FCD-GGH PC <u>Bradford v. Terhune</u> (E.D. Cal.) (dismissed 06/18/2003 pursuant to section 1915(g) on a motion to dismiss); 1:04-cv-05496-AWI-DLB PC <u>Bradford v. Terhune</u> (E.D. Cal.) (dismissed 10/21/2004 for failure to state a claim); 2:05-cv-00862-FCD-DAD PC (E.D. Cal.) (dismissed 09/30/2005 for failure to state a claim and as frivolous); 1:07-cv-01031-OWW-LJO <u>Bradford v. Superior Court of California</u> (E.D. Cal.) (dismissed 08/21/2007 as frivolous).